```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 11350
   FRANK BLANGIARDO
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0505


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/11/06 and confirmed on 12/15/06.

   2.  The case was dismissed after confirmation, 08/10/2007.

   3.  The Debtor paid a total of $   4207.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 19204.54 | .00 | 1269.48 |
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 2700.08 | .00 | 178.49 |
| CITICARDS PRIVATE LABEL | SECURED | 500.00 | 15.71 | 164.74 |
| ANNABELLA ROSE BRYANT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| COLORADO CHILD SUPPORT | CHILD SUPPORT | 8849.50 | .00 | .00 |
| ACCOUNT BROKERS | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT BROKERS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 955.00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1122.83 | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2683.64 | .00 | .00 |
| CARE ANIMAL HOSPITAL | UNSECURED | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 22404.62 | 8849.50 | 4761.47 | .00 | 36015.59 |
| PRINCIPAL PAID | 1612.71 | .00 | .00 | .00 | 1612.71 |
| INTEREST PAID | 15.71 | .00 | .00 | .00 | 15.71 |
| TOTAL PAID | 1628.42 | .00 | .00 | .00 | 1628.42 |

```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3297.50
and was paid $    886.00  direct and $   2411.50  through the plan.

The Trustee received $     167.08 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
    CASE NO. 06 B 11350 FRANK BLANGIARDO